```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 04268
    BERNICE PILATOS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-3529


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/18/06 and confirmed on 08/16/06.

    2.  The case was dismissed after confirmation, 08/15/2008.

    3.  The Debtor paid a total of $  54500.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
MIDFIRST BANK              CURRENT MORTG     40946.74            .00        40946.74
MIDFIRST BANK              MORTGAGE ARRE     13831.52            .00         3505.65
DAIMLER CHRYSLER SERVICE   SECURED VEHIC      3079.97          657.62        3079.97
AMERICASH LOANS            UNSECURED           839.45            .00           39.10
CITIBANK NA                UNSECURED         NOT FILED           .00             .00
CULLIGAN WATER CONDITION   UNSECURED         NOT FILED           .00             .00
B LINE LLC                 UNSECURED           677.92            .00           31.57
USA PAYDAY LOANS           UNSECURED         NOT FILED           .00             .00
CAPITAL ONE BANK           UNSECURED          3047.02            .00          141.91
DAIMLER CHRYSLER SERVICE   UNSECURED         14793.70            .00          688.98
ILLINOIS STUDENT ASSIST    UNSECURED           868.37            .00           40.44
MIDFIRST BANK              ADMINISTRATIV       700.00            .00          700.00
        Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY     UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  57858.23      700.00      20226.46         .00         78784.69
PRINCIPAL PAID      47532.36      700.00        942.00         .00         49174.36
INTEREST PAID         657.62         .00           .00         .00           657.62
TOTAL PAID          48189.98      700.00        942.00         .00         49831.98
The Debtor's attorney, PAUL M BACH                    , was allowed $  2500.00
and was paid $   2500.00 .

The Trustee received $    2168.02 .

Refunds to the Debtor totaled $          .00 .

       Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/12/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```